United States District Court
Southern District of Texas

**ENTERED**

August 10, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| ERICK CRUZ ALMENDAREZ, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-01388 |
| | § | |
| WARDEN, *et al.*, | § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, (Dkt. No. 1). Petitioner challenges the constitutionality of his detention in federal immigration custody. Petitioner names the Warden of the Rio Grande Processing Center; U.S. Immigration and Customs Enforcement (ICE); and U.S. Department of Homeland Security (DHS).

Based upon a review of the Petition, the Court **ORDERS** Respondents to file a response to the petition and serve their response on Petitioner **no later than August 17, 2026**.[1] 28 U.S.C. § 2243. Respondents should attach relevant evidence from Petitioner's A-file to support their assertions of fact. Should Petitioner wish to file a reply, they must do so **no later than August 31, 2026**.[2]

The Clerk of Court is **DIRECTED** to serve the Petition, (Dkt. No. 1), its attachments, and this Order on the United States Attorney for the Southern District of Texas by electronic mail at USATXS.CivilNotice@usdoj.gov. Respondents will not be served further notice of activity on this docket automatically. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

The Clerk is further **DIRECTED** to mail this Order to Petitioner via regular mail and any receipted means to his address on file with the Court.

Additionally, Respondents are **ORDERED** to notify Petitioner and the Court of

---

[1] Respondents must serve their response directly on Petitioner. The Certificate of Service in the response must describe this service, and electronic filing of the response on CM/ECF will not be sufficient because Petitioner is pro se.

[2] Any deadlines set forth in a civil summons issued by the Clerk of Court are superseded by the deadlines set forth in this Order.

any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas **at least seven (7) days** before any such transfer. The parties are further **ORDERED** to notify the Court if Petitioner is released from custody for any reason while the petition is pending.

It is so **ORDERED**.

**SIGNED** on August 10, 2026.

John A. Kazen
United States District Judge